# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 18, 2009

Charles R. Fulbruge III
Clerk

No. 08-20003
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

PETER OSAMUDIAMEN EZEKOR, also known as Iyekhoetin V Omoragbon,
also known as Peter O Ezekor, also known as Iyekhoetin Omoragbon

Defendant-Appellant

Consolidated with

No. 08-20005

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

PETER O EZEKOR

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-321-ALL

Before HIGGINBOTHAM, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Peter Osamudiamen Ezekor pleaded guilty to two separate indictments charging him with illegal reentry following a previous deportation and conspiracy to launder funds. Ezekor received concurrent sentences of 94 months of imprisonment and three years of supervised release. His cases have been consolidated for purposes of appeal. Ezekor argues that his convictions must be reversed because the district court erred in summarily denying his motion to dismiss the indictments based on a speedy trial violation.

"When a defendant enters a voluntary and unconditional guilty plea, the plea has the effect of waiving all nonjurisdictional defects in the prior proceedings." *United States v. Stevens*, 487 F.3d 232, 238 (5th Cir.), *cert. denied*, 128 S. Ct. 336 (2007). The waiver applies to alleged speedy trial violations. *United States v. Bell*, 966 F.2d 914, 915 (5th Cir. 1992). Thus, the Government's contention has merit, and the judgment of the district court is AFFIRMED. *See id.*

Ezekor has filed a motion requesting leave to file a pro se supplemental brief. He contends that his appellate counsel failed to raise important issues that were in dispute before the district court. Because Ezekor has no right to hybrid representation, his motion is DENIED. *See United States v. Ogbonna*, 184 F.3d 447, 449 & n.1 (5th Cir. 1999).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.